Fill in this information to identify the case:

United States Bankruptcy Court for the:
_____Northern District of Texas_____

Case number (if known): _____    Chapter __11__

☐ Check if this is an amended filing

# Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| **1. Debtor's name** | Primal Materials, LLC, a Texas limited liability company | |
| **2. All other names debtor used in the last 8 years**<br>Include any assumed names, trade names, and *doing business as names* | | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 8 6 – 1 9 6 6 8 1 9 | |
| **4. Debtor's address** | **Principal place of business**<br><br>4695 S 14th St<br>Number    Street<br><br>Abilene, TX 79605-4734<br>City                    State    ZIP Code<br><br>Taylor<br>County | **Mailing address, if different from principal place of business**<br><br>Number    Street<br><br>Po Box 6169<br>P.O. Box<br><br>Abilene, TX 79608-6169<br>City                    State    ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>3022 CR 282<br>Number    Street<br><br>Abilene, TX 79606<br>City                    State    ZIP Code |
| **5. Debtor's website (URL)** | https://primalllc.com | |
| **6. Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ | |

Debtor ____Primal Materials, LLC, a Texas limited liability company_____  Case number *(if known)* _____
        Name

| 7. Describe debtor's business | A. *Check one:* |
|---|---|
| | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | ☐ Railroad (as defined in 11 U.S.C. §101(44)) |
| | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | ☐ Clearing Bank (as defined in 11 U.S.C. §781(3)) |
| | ☑ None of the above |
| | |
| | B. *Check all that apply:* |
| | ☐ Tax-exempt entity (as described in 26 U.S.C. §501) |
| | ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3) |
| | ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11)) |
| | |
| | C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes . <br> _3_  _3_  _3_  _1_ |

| 8. Under which chapter of the Bankruptcy Code is the debtor filing? | *Check one:* |
|---|---|
| A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box | ☐ Chapter 7 |
| | ☐ Chapter 9 |
| | ☑ Chapter 11. *Check **all** that apply:* |
| | ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| | ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| | ☐ A plan is being filed with this petition. |
| | ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
| | ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form. |
| | ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2. |
| | ☐ Chapter 12 |

| 9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years? | ☑ No |
|---|---|
| If more than 2 cases, attach a separate list. | ☐ Yes. District _____ When _____ Case number _____ <br>                                             MM / DD / YYYY <br>         District _____ When _____ Case number _____ <br>                                             MM / DD / YYYY |

| 10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor? | ☑ No |
|---|---|
| List all cases. If more than 1, attach a separate list. | ☐ Yes. Debtor _____ Relationship _____ <br>         District _____ When _____ <br>                                                               MM / DD / YYYY <br>         Case number, if known _____ |

Official Form 201         **Voluntary Petition for Non-Individuals Filing for Bankruptcy**         page 2

Debtor     Primal Materials, LLC, a Texas limited liability company          Case number *(if known)* _____
        Name

| | |
|---|---|
| **11. Why is the case filed in *this* district?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>    Number    Street<br>_____<br>City      State    ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.   Insurance agency _____<br>           Contact name _____<br>           Phone _____ |

### Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49    ☐ 50-99      ☐ 1,000-5,000    ☐ 5,001-10,000      ☐ 25,001-50,000    ☐ 50,000-100,000<br>☐ 100-199   ☐ 200-999    ☐ 10,001-25,000                   ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000            ☐ $1,000,001-$10 million      ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000     ☐ $10,000,001-$50 million     ☐ $1,000,000,001-$10 billion<br>☑ $100,001-$500,000   ☐ $50,000,001-$100 million   ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million   ☐ $100,000,001-$500 million   ☐ More than $50 billion |

| Debtor | Primal Materials, LLC, a Texas limited liability company | Case number *(if known)* |
|---|---|---|
| | Name | |

| **16. Estimated liabilities** | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  06/12/2023
MM/ DD/ YYYY

X  /s/ Victor John Hirsch, III                                    Victor John Hirsch, III
Signature of authorized representative of debtor                  Printed name

Title                Member/Manager

**18. Signature of attorney**

X  /s/ Joseph F. Postnikoff        Date  06/12/2023
Signature of attorney for debtor         MM/ DD/ YYYY

Joseph F. Postnikoff
Printed name

Rochelle McCullough, LLP
Firm name

300 Throckmorton St Ste 520
Number    Street

Fort Worth                    TX        76102-2929
City                          State     ZIP Code

(817) 347-5260                jpostnikoff@romclaw.com
Contact phone                 Email address

16168320                      TX
Bar number                    State

Fill in this information to identify the case:

Debtor name: Primal Materials, LLC, a Texas limited liability company

United States Bankruptcy Court for the: Northern District of Texas

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                         12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | ALJR Ventures, LLC<br>5010 Yellowstone Trail<br>Abilene, TX 79602 | Charles M. Walls<br>lawoffice@chasewallslaw.com | Security Agreement | | $674,674.00 | $185,000.00 | $489,674.00 |
| 2 | CBS Insurance<br>3005 S. Treadaway Blvd.<br>Abilene, TX 79602 | | Insurance Audit | | | | $9,096.00 |
| 3 | First Insurance Funding<br>PO Box 7000<br>Carol Stream, IL 60197-7000 | | Insurance Premium Financing | | | | $18,348.00 |
| 4 | Fundthrough USA, Inc.<br>3730 Kirby Drive 1200<br>Houston, TX 77098 | | Security Agreement | | $157,187.78 | $185,000.00 | $157,187.78 |
| 5 | M&M Business Solutions, LLC<br>4400 Buffalo Gap Rd 3700<br>Abilene, TX 79606 | | Trade debt | | | | $5,015.00 |
| 6 | R&R Scales<br>2023 US Hwy 80 E<br>Abilene, TX 79601 | | Trade debt | | | | $2,300.00 |
| 7 | Robco Lott, LLC<br>Po Box 6489<br>Abilene, TX 79608-6489 | (325) 665-0080 | Equipment Rental | Contingent<br>Disputed<br>Unliquidated | | | $516,134.56 |
| 8 | Schlucht Trucking, LLC<br>11430 Private Road<br>Abilene, TX 79602 | | Trade debt | | | | $28,137.83 |

Debtor    Primal Materials, LLC, a Texas limited liability company    Case number *(if known)*
        Name

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Texas Oil Electric, Inc.<br>1590 East Hwy 80<br>Abilene, TX 79601 | | Trade debt | | | | $1,500.00 |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

Official Form 204    **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    page 2

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**ABILENE DIVISION**

IN RE: **Primal Materials, LLC, a Texas limited liability company**

CASE NO

CHAPTER **11**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date    06/12/2023        Signature        /s/ Victor John Hirsch, III
                                            Victor John Hirsch, III, Member/Manager

ALJR Ventures, LLC
5010 Yellowstone Trail
Abilene, TX 79602

CBS Insurance
3005 S. Treadaway Blvd.
Abilene, TX 79602

First Insurance Funding
PO Box 7000
Carol Stream, IL 60197-7000

Fundthrough USA, Inc.
3730 Kirby Drive 1200
Houston, TX 77098

Internal Revenue Service
Special Procedures-Insolvency
P.O. Box 7346
Philadelphia, PA 19101

M&M Business Solutions, LLC
4400 Buffalo Gap Rd 3700
Abilene, TX 79606

Primal Crushing, LLC, a Texas
Limited Liability Company
4695 S 14th St Ste 301f
Abilene, TX 79605-4734

R&R Scales
2023 US Hwy 80 E
Abilene, TX 79601

Robco Lott, LLC
Po Box 6489
Abilene, TX 79608-6489

Schlucht Trucking, LLC
11430 Private Road
Abilene, TX 79602

Texas Comptroller Of Public Accounts
State Comptroller of Public Accounts
Revenue Accounting Division-Bankruptcy Section
P.O. Box 13528
Austin, TX 78711

Texas Oil Electric, Inc.
1590 East Hwy 80
Abilene, TX 79601

Texas Workforce Commission
TEC Building- Bankruptcy
101 E. 15th Street
Austin, TX 78778

Charles M. Walls
1181 Lytle Way
Chase & Walls, PLLC Suite A
Abilene, TX 79604-0726

**Fill in this information to identify the case:**

Debtor name: Primal Materials, LLC, a Texas limited liability company

United States Bankruptcy Court for the: Northern District of Texas

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 202

### Declaration Under Penalty of Perjury for Non-Individual Debtors                    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  06/12/2023
              MM/ DD/ YYYY

X  /s/ Victor John Hirsch, III
Signature of individual signing on behalf of debtor

Victor John Hirsch, III
Printed name

Member/Manager
Position or relationship to debtor

Official Form B202        **Declaration Under Penalty of Perjury for Non-Individual Debtors**

## RESOLUTION

I, Victor John Hirsch, III, the undersigned, Member/Manager of Primal Materials, a Texas limited liability company, (the "Company"), do hereby certify that at a meeting of the members of the Company duly called and held on the 7th day of June, 2023, the following resolutions were adopted and recorded in the minute book of the Company after full discussion by the members on the matters to which the resolution applies, and they have not been modified or rescinded, and are still in full force and effect. Notice of the meeting was sufficient in all respects.

"RESOLVED, that notice of this meeting of the members is approved by all members of the Company and all notices and formal items related to this meeting are waived by the members; and it is

"FURTHER RESOLVED, that in the judgment of the members of the Company, it is desireable and in the best interests of the Company, its creditors, and other interested parties, that a petition be filed by the Company seeking relief under the provisions of Chapter 11, title 11 of the United States Code (the "Bankruptcy Code"); and it is

"FURTHER RESOLVED, that the Manger is hereby authorized to execute and verify such petition and all other documents associated therewith and cause the same to be filed, and to take such other action as is appropriate or necessary to seek relief under Chapter 11 of the Bankruptcy Code, and that the execution and verification of the petition is hereby ratified and adopted; and it is

"FURTHER RESOLVED, that the Company shall retain and employ all assistance by legal counsel or otherwise as deemed necessary and proper to secure for the benefit of the Company any and all relief to which it may be entitled under Chapter 11 of the Bankruptcy Code; and the Company shall engage and continue the engagement of Rochelle McCullough, LLP, as legal counsel in connection with the reorganization of the Company and to pay a retainer fee to that law firm to be agreed upon by the Manager of the Company."

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the Company on this the 12th day of June, 2023.

By: /s/ _____
Victor John Hirsch, III, Member/Manager

Joseph F. Postnikoff
State Bar No. 16168320
Email: jpostnikoff@romclaw.com
ROCHELLE MCCULLOUGH, LLP
300 Throckmorton Street, Suite 520
Fort Worth, Texas 76102
Telephone – 817.347.5260
http://www.romclaw.com

PROPOSED COUNSEL FOR DEBTOR IN POSSESSSION

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. _____ |
| | § | |
| PRIMAL MATERIALS, LLC, a Texas | § | In Proceedings Under Chapter 11 |
| limited liability company, | § | |
| | § | |
| Debtor. | § | |

**CORPORATE OWNERSHIP STATEMENT [Rules 1007(a)(1) and 7007.1]**

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, there are no entities to report.